UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Kenny McClenahan, | ) | Chapter 13 |
| Debtor | ) | Case No.: 19-30687 |

### OBJECTION TO CLAIM NUMBER 6-1: UNITED CONSUMER FINANCIAL SERVICES

Debtor submits the following in support of this Objection to Claim by and through his undersigned attorney of record:

1. On July 2, 2019, United Consumer Financial Services filed a proof of claim designated claim number 6-1 in the amount of $254.25 as a secured claim.

2. The claim is allegedly secured by a PMSI in "HHG" and contains another reference to a "Kirby cleaning system."

3. The Retail Installment Contract attached to the proof of claim is illegible. As a result, Debtor is unable to verify the consideration for the contract or the PMSI allegedly created thereby.

4. Debtor believes he does not have possession of any collateral securing the claim.

Wherefore, premises considered, Debtors pray the Court enter an Order disallowing the claim as secured, allow it as unsecured, and for such other and further relief as this Court deems necessary and proper in the circumstances.

RESPECTFULLY SUBMITTED,

By:/s/MICHAEL J. BENSON
Michael J. Benson #6284397
801 Lincoln Highway, Suite B
Fairview Heights, IL 62208
618-207-6500
618-551-2575 fax
court@bensonlawfirms.com

\

Proof of Service

The undersigned hereby certifies on August 7, 2019, a copy of the foregoing was served electronically upon Russell Simon, Chapter 13 Trustee and Office of United States Trustee, and by first class mail, postage prepaid upon the persons listed below, if any.

/s/ Michael J. Benson

United Consumer Financial Services
c/o Bass & Associates, PC
3936 E. Ft. Lowell, Suite 200
Tucson, AZ 85712

Kenny McClenahan
28 Plesant Valley Drive
Swansea, IL 62226